**Order entered October 4, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00215-CV

**SULMA GONZALES, Appellant**

**V.**

**THE DALLAS COUNTY APPRAISAL DISTRICT AND THE APPRAISAL REVIEW BOARD OF DALLAS COUNTY APPRAISAL DISTRICT AND LYONS EQUITIES, INC., Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-09665**

## ORDER

Before the Court is appellant's September 28, 2016 "motion for correction of transcripts filed by court reporter and for extension of time to file brief of appellant." This is appellant's fourth request for an extension of time to file her brief. In addition to seeking a thirty-day extension of time to file her brief, appellant asks the Court to "allow the court reporter to correct the transcripts for the December 9, 2013 hearing" so that they include "the transcripts for the Motion to Vacate two Judgments." Appellant indicates that she requires the extension to file her brief because she needs time to review "all court transcripts."

Our records show that all transcripts requested by appellant have been filed and the reporter's record is complete. On August 12, 2016, appellant filed a third motion for extension

1

of time to file her brief in which she contended she "could not initiate the appeal work" because the reporter's record has not been filed. She asked the Court compel Ms. Martin to prepare and forward all requested transcripts to the Court and send a copy to appellant. On August 16, 2016, we granted appellant's motion, ordered the court reporter, Ms. Sheretta L. Martin to prepare and file the transcripts for hearings held on December 9, 2013, November 30, 2015, and March 21, 2016 no later than August 31, 2016, and warned appellant that, absent exigent circumstances, her appeal would be dismissed if she failed to file her brief by September 30, 2016.

Ms Martin filed the reporter's record on August 30, 2016 in accordance with this Court's August 16, 2016 order. The transcript of the December 9, 2013 hearing is Volume 1 of the reporter's record that was filed on August 30, 2016. The trial court's docket sheet shows that the trial court heard appellant's motion for new trial and motion to vacate two judgments at the December 9, 2013 hearing. The court reporter certified Volume 1 of the reporter's record as a complete transcript of all proceedings and evidence requested by the parties to be included in the transcript of the December 9, 2013 hearing. Accordingly, if any arguments were made on the motion to vacate, they would be included in the transcript filed by the court reporter on August 30, 2016. Accordingly, we **DENY** appellant's motion for correction of transcripts.

We **GRANT** appellant's fourth motion to extend time to file appellant's brief. Appellant's brief shall be filed on or before **October 31, 2016.** We caution appellant that no further extensions will be granted absent exigent circumstances and that failure to file the brief may result in dismissal of the appeal without further notice.

/s/  CRAIG STODDART
    JUSTICE